Dismissed and Memorandum Opinion filed February 15, 2007








Dismissed
and Memorandum Opinion filed February 15, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00519-CV

____________

 

JOHNNIE RILEY,
Appellant

 

V.

 

RANDALL'S FOOD MARKET, INC.,
Appellee

 



 

On Appeal from the 129th District
Court

Harris County, Texas

Trial Court Cause No.
04-30930

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed March 8, 2006.  The clerk=s record was filed on November 9,
2006.  No reporter=s record was taken.  No brief was filed.

On
January 4, 2007, this Court issued an order stating that unless appellant
submitted his brief, together with a motion reasonably explaining why the brief
was late, on or before February 5, 2007, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).

Appellant
filed no response.








 

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
February 15, 2007.

Panel consists of Justices
Frost, Seymore, and Guzman.